UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

RANDYOL PATTERSON, JR.

CRIMINAL NO.

08-37-FJP-SCR

### Ruling

This matter is before the Court on the following motions: (1) defendant's motion in limine[1]; and (2) letters submitted by the United States which shall be recognized as a motion in limine.

For oral reasons assigned, the defendant's motion in limine is denied.

The United States' motion describes specific actions the defendant committed prior to being charged in the instant case. The Court finds that evidence of Melissa Courtney's refusal to purchase a gun for the defendant shall not be admitted because the potential prejudice of that testimony outweighs any probative value. There is no probative value in such testimony because there was no purchase or attempted purchase of a gun.

The Court further finds that items 2, 3, and 4 in the United States' October 6, 2009 letter are admitted because they are sufficiently probative under Rule 404(b) of the Federal Rules of Evidence.

---

[1] Rec. Doc. No. 30.

The Court will now address the two letters submitted by the United States on October 26, 2009. The Court orders that evidence of the defendant kicking in the door of Carla Robles' residence contained in item 1 of the initial October 26th letter shall not be admitted. There were no guns involved in that incident, and it has no relevance to anything that this jury will have to determine about the defendant's possession of a firearm.

In regard to the supplemental October 26th letter, the Court will allow evidence that Jessica Owens purchased the first gun in May of 2006 which was subsequently stolen, and that the defendant asked Owens to purchase another gun. Additionally, the Court will allow the statements the defendant made to Jessica Owens when the police came to the apartment, which are "the police after me," and "tell them I don't know anything about the guns", to be admitted.

For oral reasons assigned, the Court will allow evidence and testimony from Jessica Owens that she purchased guns at the defendant's request on three different occasions.

THEREFORE, IT IS ORDERED that the defendant's motion in limine is denied, and the United States' motion in limine is granted in part and denied in part.

Baton Rouge, Louisiana, this 28th day of October, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA